**FORM B9B** (Chapter 7 Corporation/Partnership No Asset Case) (12/12)     Case Number **14–07299–hb**

# UNITED STATES BANKRUPTCY COURT
## District of South Carolina

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor listed below was filed on 12/31/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.   All documents filed in the case may be inspected at the Bankruptcy Clerk's Office at the address listed below. NOTE:  The staff of the Bankruptcy Clerk's Office cannot give legal advice.

**Creditors – Do not file this notice in connection with any proof of claim you submit to the court.**
## See Reverse Side For Important Explanations.

**Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):**
6MS, LLC
dba Beef O Brady's
311 Angus Drive
Columbia, SC 29229

| | |
|---|---|
| **Case Number:**<br>14–07299–hb | **Social Security / Individual Taxpayer ID / Employer Tax ID / Other Nos:**<br>42–1589988 |
| **Attorney for Debtor(s) (name and address):**<br>Jason T. Moss<br>816 Elmwood Ave.<br>Columbia, SC 29201<br>Telephone Number:  (803)933–0202 | **Bankruptcy Trustee (name and address):**<br>Robert F. Anderson<br>P.O. Box 76<br>Columbia, SC 29202–0076<br>Telephone Number:  (803) 252–8600 |

## Meeting of Creditors:

**Date:**  February 6, 2015        **Time:**  10:00 AM

**Location:**
U.S. Trustee's Office, Room 557, Strom Thurmond Federal Building, 1835 Assembly Street, Columbia, SC 29201

## Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the Court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.
## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Mailing Address of the Bankruptcy Clerk's Office:**<br>United States Bankruptcy Court<br>J. Bratton Davis United States Bankruptcy Courthouse<br>1100 Laurel Street<br>Columbia, SC 29201–2423<br>Telephone Number: 1–803–765–5436<br>www.scb.uscourts.gov | **FILED BY THE COURT ON:**<br>**12/31/14**<br>Laura A. Austin, Clerk<br>U.S. Bankruptcy Court |
| Public Business Hours:  9:00 AM – 5:00 PM | Date:  12/31/14 |

## EXPLANATIONS                                                                                      FORM B9B (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this Court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the Bankruptcy Clerk's Office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the Court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim , and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the Court to extend this deadline. *Do not include this notice with any filing you make with the court*. |
| Bankruptcy Clerk's Office | Any pleading or document that you file in this bankruptcy case should be filed at the Bankruptcy Clerk's Office at the address listed on the front side. Certain parties are required to electronically file documents pursuant to the orders of this Court. You may view the public record of this case, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the Bankruptcy Clerk's Office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| | **–– Refer to Other Side for Important Deadlines and Notices ––** |
| Dismissal Notice | This case may be dismissed without further notice or hearing should the debtor fail to comply with SC LBR 1017–2 (providing for dismissal for a failure to: pay the applicable filing fee, file or provide documents, or attend the meeting of creditors). |
| Miscellaneous Notice | The Voice Case Information System (VCIS) will give status information on cases filed or converted after 11/30/88. Call 1–866–222–8029. Please refer to the Court's web site at www.scb.uscourts.gov for further information.<br>     Chapter 7 cases: Property of the estate may be abandoned by the trustee at the meeting of creditors unless creditors or parties in interest object to SC LBR 6007–1. |

```
                              United States Bankruptcy Court
                                District of South Carolina
In re:                                                                   Case No. 14-07299-hb
6MS, LLC                                                                 Chapter 7
          Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0420-3          User: lee                    Page 1 of 2                  Date Rcvd: Dec 31, 2014
                              Form ID: 182bBNC             Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 02, 2015.
db            +6MS, LLC,   311 Angus Drive,   Columbia, SC 29223-7757
542719111     +ARAMARK,   PO BOX 668563,   Charlotte NC 28266-8563
542719112     +AT&T,   1 AT&T WAY, ROOM 3A104,   Bedminster NJ 07921-2694
542719113     +ATT UNIVERSAL,   PO BOX 6500,   Sioux Falls SD 57117-6500
542719114      ATTORNEY GENERAL OF UNITED STATES,   950 PENNSYLVANIA AVE, NW,   Washington DC 20530-0001
542719115     +BAKER AND BAKER REAL ESTATE DEVELOPERS,   1400 PICKENS STREET, STE 100,
                Columbia SC 29201-3465
542719116     +BALLENTINE EQUIPMENT,   PO BOX 476,   Greenville SC 29602-0476
542719117     +BANK OF AMERICA,   PO BOX 15796,   Wilmington DE 19886-5796
542719120     +BEEF O BRADY'S ADVERTISING FUND,   5510 W LASALLE STREET,   Tampa FL 33607-7005
542719122     +BEST BUY,   PO BOX 183195,   Columbus OH 43218-3195
542719124     +CAROLINA CUSTOM SIGNS,   PO BOX 398,   Lexington SC 29071-0398
542719125     +CAROLINA CUTLERY,   PO BOX 7106,   Charlotte NC 28241-7106
542719137    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: HOME DEPOT,   PO BOX 182676,   Columbus OH 43218)
542719128     +COLONIAL LIFE,   11815 N PENNSYLVANIA STREET,   Carmel IN 46032-4555
542719129     +COLUMBIA COUNTRY CLUB,   135 COLUMBIA COUNTRY CLUB DRIVE, WEST,   Blythewood SC 29016-9459
542719130     +COMERICA BANK,   PO BOX 671737,   Dallas TX 75267-1737
542719131     +DELTA FORMOSE CHEMICAL,   PO BOX 30310,   Memphis TN 38130-0310
542719132     +DHEC,   2600 BULL STREET,   Columbia SC 29201-1797
542719134     +DUNCAN HEATING AND AIR,   119 GLEN JACOBS ROAD,   Elgin SC 29045-9317
542719135     +FAMILY SPORTS CONCEPTS,   5660 W CYPRESS STREet,   Tampa FL 33607-7001
542719136     +GREGORY PEST CONTROL,   PO BOX 6713,   Greenville SC 29606-6713
542719141      KINGS SERVICES,   2649 PINE STREET,   Rowesville SC 29133
542719143     +LCA BANK,   PO BOX 1650,   Troy MI 48099-1650
542719145     +MARK WICKHAM,   311 ANGUS DRIVE,   Columbia SC 29223-7757
542719146     +NUCO2,   PO BOX 9011,   Stuart FL 34995-9011
542719147     +PALMETTO UTILITIES,   1710 WOODCREEK FARMS ROAD,   Elgin SC 29045-8755
542719148      RICHLAND COUNTY TREASURER,   PO BOX 2687,   Columbia SC 29202-2687
542719149     +RUFUS ORNDUFF REFRIGERATION,   PO BOX 5555,   West Columbia SC 29171-5555
542719151     +SC E&G,   220 OPERATION WAY,   Cayce SC 29033-3701
542719152     +SC EMPLOYMENT AND WORKFORCE,   ATTN: BPC COLLECTIONS, RM 130,   PO BOX 2644,
                Columbia SC 29202-2644
542719153     +SENN BROS,   327 WHOLESALE LANE,   West Columbia SC 29172-3167
542719154     +SONITROL,   4455 TILE DRIVE,   North Charleston SC 29405-8400
542719155     +STATE AUTO,   PO BOX 182738,   Columbus OH 43218-2738
542719156     +STERLING PAYMENT SYSTEMS,   34522 NORTH SCOTTSDALE ROAD, STE 258,   Scottsdale AZ 85266-1224
542719158     +SYSCO FOODS,   1390 ENCLAVE PARKWAY,   Houston TX 77077-2025
542719160     +THE VOICE,   PO BOX 675,   Blythewood SC 29016-0675
542719161     +US ATTORNEY'S OFFICE,   ATTN DOUG BARNETT,   1441 MAIN ST STE 500,   Columbia SC 29201-2862
542719162     +UTICA NATIONAL INSURANCE,   PO BOX 6532,   Utica NY 13504-6532

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: jane@mossattorneys.com Dec 31 2014 21:31:11     Jason T. Moss,   816 Elmwood Ave.,
                Columbia, SC  29201
tr             EDI: QRFANDERSON.COM Dec 31 2014 21:33:00     Robert F. Anderson,   P.O. Box 76,
                Columbia, SC  29202-0076
ust           +E-mail/Text: ustpregion04.co.ecf@usdoj.gov Dec 31 2014 21:31:44     US Trustee's Office,
                Strom Thurmond Federal Building,   1835 Assembly St.,   Suite 953,   Columbia, SC 29201-2448
542719110      EDI: AMEREXPR.COM Dec 31 2014 21:33:00     AMERICAN EXPRESS,   PO BOX 650448,
                Dallas TX 75265-0448
542719119     +EDI: BANKAMER.COM Dec 31 2014 21:33:00     BANK OF AMERICA,   PO BOX 15019,
                Wilmington DE 19886-5019
542719118      EDI: BANKAMER.COM Dec 31 2014 21:33:00     BANK OF AMERICA,   PO BOX 982235,   El Paso TX 79998
542719121     +EDI: RMSC.COM Dec 31 2014 21:33:00     BELK,   PO BOX 530940,   Atlanta GA 30353-0940
542719123     +EDI: CAPITALONE.COM Dec 31 2014 21:33:00     CAPITAL ONE,   PO BOX 71083,
                Charlotte NC 28272-1083
542719126     +EDI: CITICORP.COM Dec 31 2014 21:33:00     CITICARD,   PROCESSING CENTER,
                Des Moines IA 50363-0001
542719127      EDI: CITICORP.COM Dec 31 2014 21:33:00     CITICARD,   PO BOX 6077,   Sioux Falls SD 57117-6077
542719133      EDI: DIRECTV.COM Dec 31 2014 21:33:00     DIRECT TV,   PO BOX 60036,   Los Angeles CA 90060
542719139      EDI: IRS.COM Dec 31 2014 21:33:00     IRS,   1835 ASSEMBLY STREET, MDP 39, ROOM 469,
                ATTN: INSOLVENCY UNIT,   Columbia SC 29201
542719140     +EDI: RMSC.COM Dec 31 2014 21:33:00     JC PENNEY,   PO BOX 960090,   Orlando FL 32896-0090
542719142     +EDI: CBSKOHLS.COM Dec 31 2014 21:33:00     KOHLS,   PO BOX 2983,   Milwaukee WI 53201-2983
542719144     +EDI: RMSC.COM Dec 31 2014 21:33:00     LOWES,   PO BOX 530914,   Atlanta GA 30353-0914
542719150     +E-mail/Text: bankruptcy@sctax.org Dec 31 2014 21:32:07     SC DEPT OF REVENUE,   PO BOX 12265,
                Columbia SC 29211-2265
542719157     +E-mail/Text: bankruptcy@swsh.com Dec 31 2014 21:31:41     SWISHER,   PO BOX 473526,
                Charlotte NC 28247-3526
542719161     +E-mail/Text: USASC-Bankruptcy@usdoj.gov Dec 31 2014 21:32:12     US ATTORNEY'S OFFICE,
                ATTN DOUG BARNETT,   1441 MAIN ST STE 500,   Columbia SC 29201-2862
542719163     +EDI: AFNIVZWIRE.COM Dec 31 2014 21:33:00     VERIZON,   PO BOX 660108,   Dallas TX 75266-0108
                                                                                               TOTAL: 19
```

```
District/off: 0420-3          User: lee                    Page 2 of 2                  Date Rcvd: Dec 31, 2014
                              Form ID: 182bBNC             Total Noticed: 56
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
542719138*       IRS,    PO BOX 7346,    Philadelphia PA 19101-7346
542719159     ##+THE HARTFORD,    PO BOX 2907,    Hartford CT 06104-2907
                                                                                        TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2015                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 31, 2014 at the address(es) listed below:
              Jason T. Moss    on behalf of Debtor    6MS, LLC jane@mossattorneys.com
              Robert F. Anderson    firm@andersonlawfirm.net, randerson@ecf.epiqsystems.com
              US Trustee's Office    USTPRegion04.CO.ECF@usdoj.gov
                                                                                             TOTAL: 3