## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | CASE NO: 14-07299-HB |
| 6MS, LLC<br>dba Beef O'Brady's | CHAPTER: 7 |
| Debtor. | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO:  CLERK OF COURT, COUNSEL FOR DEBTOR, CHAPTER 7 TRUSTEE, AND THE U.S. TRUSTEE'S OFFICE

**PLEASE TAKE NOTICE THAT** Ian D. McVey and the Law Firm of Callison Tighe & Robinson, LLC does hereby give notice of the appearance of this firm in the above-referenced matter on behalf of *Baker & Baker Real Estate Developers, LLC* a creditor. Please serve all pleadings, motions, correspondence, notices and related papers to the undersigned as counsel for *Baker & Baker Real Estate Developers, LLC.*

**CALLISON TIGHE & ROBINSON, LLC**

/s/ Ian D. McVey
Ian D. McVey, Fed Id. No. 9394
P.O. Box 1390
Columbia, South Carolina 29202
Tel. (803) 404-6900
Fax. (803) 404-6902
E-mail: ianmcvey@callisontighe.com
*Attorneys for Baker & Baker Real Estate Developers, LLC*

January 7, 2015
Columbia, South Carolina.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>**6MS, LLC**<br>**dba Beef O'Brady's**<br><br>   Debtor. | CASE NO: 14-07299-HB<br><br>CHAPTER: 7 |

## CERTIFICATE OF SERVICE

I hereby certify that copies of the ***NOTICE OF APPEARANCE*** on behalf of ***Baker & Baker Real Estate Developers, LLC*** in the above-captioned matter were served upon each of the following persons at the addresses listed below via the court's CM/ECF electronic mail (Email) system and/or by depositing said papers in the United States Mail in Columbia, South Carolina, on **January 7, 2015** with first class postage affixed thereto and a return address clearly indicated on the envelope; all in accordance with Rule 7004 of the Rules of Bankruptcy Procedure.

| | | |
|---|---|---|
| Jason T. Moss, Esquire<br>Moss & Associates, P.A.<br>816 Elmwood Avenue<br>Columbia, SC 29201<br>***Attorney for Debtor*** | Robert F. Anderson<br>Chapter 7 Trustee<br>PO Box 76<br>Columbia, SC 29202<br>***Chapter 7 Trustee*** | Office of the U.S. Trustee<br>Strom Thurmond<br>Federal Building<br>1835 Assembly Street<br>Suite 953<br>Columbia, SC 29201<br>***U.S. Trustee*** |

**CALLISON TIGHE & ROBINSON, LLC**

/s/ Ian D. McVey
Ian D. McVey, Fed Id. No. 9394
P.O. Box 1390
Columbia, South Carolina 29202
Tel. (803) 404-6900
Fax. (803) 404-6902
E-mail: ianmcvey@callistontighe.com
***Attorneys for Baker & Baker Real Estate Developers, LLC***

January 7, 2015
Columbia, South Carolina.