# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA
### www.scb.uscourts.gov

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | **CASE No.  14-07299-hb** |
| **6MS, LLC dba Beef O Brady's** | ) | |
| | ) | |
| **Debtor.** | ) | **CHAPTER  7** |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned attorney appears as counsel for South Carolina Department of Employment and Workforce ("the Creditor") and pursuant to, *inter alia*, Federal Bankruptcy Rules 2002 and 9007, request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any and all other orders and notices of application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted by or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, with regards to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct by the Creditor.

PLEASE TAKE NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive any (1) right to have final orders in noncore matters entered only after de novo review by a District Judge, (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved.

/s/ *Trey McLeod*
**E.B. "Trey" McLeod, III**
**SC District Court #10838**
**S.C. Dept. of Employment & Workforce**
**Post Office Box 8597**
**Columbia, South Carolina 29202**
**(803) 737-3043**
**tmcleod@dew.sc.gov**

**Date: January 14, 2015**