Form 190BNC  (Revised 03/13/2014)

**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 14−07299−hb    Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*
6MS, LLC
dba Beef O Brady's
311 Angus Drive
Columbia, SC 29229

EIN: 42−1589988

| Entered By The Court 2/9/15 | FINAL DECREE, DISCHARGING TRUSTEE AND CLOSING CASE | Filed By The Court 2/9/15 Laura A. Austin Clerk of Court US Bankruptcy Court |

The estate of the above−named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

*Robert F. Anderson* is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

The Chapter 7 case of the above named−debtor(s) is closed.

Columbia, South Carolina
February 9, 2015
Document 8

United States Bankruptcy Judge

United States Bankruptcy Court
District of South Carolina

In re:  
6MS, LLC  
    Debtor

Case No. 14-07299-hb  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0420-3     User: lee     Page 1 of 1     Date Rcvd: Feb 09, 2015  
Form ID: 190BNC     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2015.
```
db         +6MS, LLC,   311 Angus Drive,   Columbia, SC 29223-7757
cr         +Baker & Baker Real Estate Developers,   c/o Ian D. McVey, Esquire,   PO Box 1390,
             Columbia, SC 29202-1390
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr         +E-mail/Text: tmcleod@dew.sc.gov Feb 09 2015 21:41:37
             South Carolina Department of Employment and Workfo,   R. E. David Building,   P.O. Box 8597,
             Columbia, SC 29202-8597
                                                                                              TOTAL: 1
```

      ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2015             Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2015 at the address(es) listed below:
```
          Eugene B. McLeod, III    on behalf of Creditor    South Carolina Department of Employment and
           Workforce tmcleod@dew.sc.gov, aproveaux@dew.sc.gov,LWilliams@dew.sc.gov
          Ian D. McVey    on behalf of Creditor    Baker & Baker Real Estate Developers
           ianmcvey@ctrlawfirm.com, tamekiahiggins@callisontighe.com;katieminton@callisontighe.com
          Jason T. Moss    on behalf of Debtor    6MS, LLC jane@mossattorneys.com
          Robert F. Anderson    firm@andersonlawfirm.net, randerson@ecf.epiqsystems.com
          US Trustee's Office    USTPRegion04.CO.ECF@usdoj.gov
                                                                                             TOTAL: 5
```